

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00288-CV

———————————————

ANASTASIA NAYS AND CHARLES NUNLEY, JR., Appellants

V.

PRADEEP KUMAR SINGH, Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2024-003498-1

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

Appellants' brief was due on October 24, 2024. On November 5, 2024, we notified appellants that their brief had not been filed as the appellate rules require.[1] *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless, on or before November 15, 2024, appellants filed with the court an appellants' brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have received no response.

Because appellants have failed to file a brief even after we afforded an opportunity to explain the initial failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: December 5, 2024

---

[1]In other correspondence with appellants, we notified them that their docketing statement had not been filed and directed them to file a docketing statement. *See* Tex. R. App. P. 32.1. Despite that correspondence, appellants have not filed a docketing statement.